UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERTO CASTILLO PALOMO, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-25-1549-G |
| | ) |
| KRISTI NOEM, Secretary, U.S. | ) |
| Department of Homeland Security, et al., | ) |
| | ) |
|     Respondents. | ) |

## ORDER

On February 10, 2026, Respondents filed an Objection (Doc. No. 14) to the Report and Recommendation issued on February 3, 2026 (Doc. No. 13).

Given the expedited nature of the proceedings, Petitioner Roberto Castillo Palomo is DIRECTED to file any response to Respondents' Objection (Doc. No. 14) on or before February 18, 2026.

IT IS SO ORDERED this 11th day of February, 2026.

*[signature: Charles B. Goodwin]*
CHARLES B. GOODWIN
United States District Judge