**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ROBERTO CASTILLO PALOMO,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-25-1549-G** |
| | ) |
| **MARKWAYNE MULLIN, Secretary,** | ) |
| **U.S. Department of Homeland Security,** | ) |
| **et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

On December 22, 2025, Petitioner Roberto Castillo Palomo filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 28 U.S.C. § 2241.

On February 24, 2026, Respondents filed a Notice (Doc. No. 17), stating that Petitioner's application for voluntary departure had been granted by an Immigration Judge and that Petitioner would be "transported to Mexico to facilitate his voluntary departure." *Id.* at 1; *see also id.* Ex. 1 (Doc. No. 17-1) at 1-4.

The Court therefore directed Petitioner to show cause why the Petition should not be dismissed as moot. *See* Order to Show Cause (Doc. No. 18) at 2. The Order advised that "failure to show cause may result in the dismissal of this action." *Id.*

On July 31, 2026, Petitioner filed a Response (Doc. No. 19) through counsel, stating that Petitioner has "departed the United States" pursuant to the Immigration Judge's order and that the Petition is "moot and should be dismissed on that basis." *Id.* at 1.

The record therefore reflects that dismissal is warranted, as "[t]here is no relief the Court can grant." *Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026) ("Because the Petition challenges Bermudez's detention and seeks her release or a bond hearing, the voluntary departure order renders the requested relief moot."); *accord Jiang v. Grant*, No. CIV-26-302-R, 2026 WL 1791957, at *1 (W.D. Okla. June 22, 2026).

## CONCLUSION

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 10th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge

2